# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2012

145339 & (36)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MARVIN MARSHALL and
CHRISTINE MARSHALL,
        Plaintiffs-Appellants/
        Cross-Appellees,

v

                                    SC: 145339
                                    COA: 301725
BOYNE USA, INC.,                Charlevoix CC: 10-091822-NF
        Defendant-Appellee/
        Cross-Appellant.

_____/

       On order of the Court, the application for leave to appeal the May 15, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The application for leave to appeal as cross-appellant is therefore moot and is DENIED.

       CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would reverse the judgment of the Court of Appeals and reinstate the trial court's order denying defendant's motion for summary disposition.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2012                        _____

h1128                                            Clerk